UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>     )<br>     ) COURT NO.<br>v.     )<br>     )<br>KATHLEEN LAU CONSTRUCTION, )<br>LLC.<br>      Defendant. | |

## COMPLAINT FOR MONEY JUDGMENT

The United States of America, by its attorneys, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Christopher R. Donato, Assistant United States Attorney, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through the Department of the Treasury's Financial Management Service, (hereinafter "FMS"). The debt was referred to FMS in accordance with the Debt Collection Improvement Act of 1996 (DCIA) . 31 U.S.C. Section 2701 et seq.

3. Kathleen Lau Construction, LLC (hereinafter "Defendant"), is a Massachusetts Corporation whose last known address is in Quincy, Massachusetts.

4. On September 3, 2014, the United States Department of Labor, Occupational Safety and Health Administration (hereinafter "OSHA") issued a Citation and Notification of Penalty against the Defendant, for violations of the Occupational Safety and Health Act of 1970 at inspection site 360 Concord Street Framingham, MA 01702 pertaining to workplace safety violations totalling $5,600.00. *See* Exhibit "A" attached hereto and incorporated herein.

5. On September 3, 2014, OSHA also sent the Defendant an invoice/debt collection notice to the Defendant providing a summary of the total proposed penalties issued against the Defendant. *See* Exhibit "B" attached hereto and incorporated herein.

6. The Defendant has failed to repay the aforesaid sum although demand has been duly made by the U.S. Department of Labor by letter dated February 6, 2015. *See* Exhibit "C" attached hereto and incorporated herein.

7. The Defendant has failed to repay the aforesaid sum although demand has been duly made by the United States Department of the Treasury, Financial Management Service dated June 4, 2015. *See* Exhibit "D" attached hereto and incorporated herein.

8. The Defendant is indebted to the United States in the principal amount of $5,600.00, $46.19 in interest computed at the rate of 1 percent per annum, Administrative fee of $20.00, a 6% Penalty of $249.16, and Treasury and Department of Justice fees of $1,890.48 calculated through October 30, 2015, for a total sum amount of $7,805.83. *See* Exhibit "E" attached hereto and incorporated herein.

WHEREFORE, the United States demands judgment against the Defendant in the principal amount of $5,600.00, plus interest in the amount of $46.19 accrued through October 30, 2015, and Administrative and Penalty fees in the amount of $2,159.64 for a total sum of $7,805.83. The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal rate until paid in full.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        CARMEN M. ORTIZ
        United States Attorney

By: /s/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        BBO# 628907
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3303

DATE: 11-17-2015
        Chris.Donato@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date this document was filed through the ECF system and mailed via first class mail to Twin Pines Construction, Inc. located in Quincy, MA and electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

Dated: 11-17-2015

/s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney